| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Cummings, Samuel R. | 2. Court or Organization U.S. District Court Northern District of Texas | 3. Date of Report 04/20/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 1205 Texas Avenue Room C-210 Lubbock, Texas 79401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Cummings, Samuel R.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/20/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | money market-savings - Wells Fargo Bank | B | Interest | M | T | | | | | |
| 2. | CD - Wells Fargo Bank | F | Interest | P1 | T | | | | | |
| 3. | CD-IRA - Wells Fargo Bank | B | Interest | N | T | Buy | 05/19/10 | N | | ▓▓▓▓▓ trad'l IRA |
| 4. | Oil & Gas Royalty & Working Interests: | | | | | | | | | |
| 5. | --Dynegy (Targo) Midstream Service | B | Royalty | J | W | | | | | |
| 6. | --Roy Furr Estate Operator | B | Royalty | J | W | | | | | |
| 7. | Wells Fargo Brokerage Account: | | | | | | | | | |
| 8. | --CD - First Merchants Bank Central Indiana, Anderson, IN | A | Interest | | | Redeemed | 01/19/10 | J | | proceeds bought another CD |
| 9. | --CD - Live Oak Bank, Wilmington, NC | C | Interest | | | Redeemed | 04/08/10 | M | | proceeds bought another CD |
| 10. | --CD - Patriot Bank, Houston, TX | D | Interest | | | Redeemed | 04/23/10 | M | | proceeds purchased bond |
| 11. | --CD - Select Bank & Trust, Greenville, NC | B | Interest | | | Redeemed | 04/23/10 | K | | proceeds purchased bond |
| 12. | --CD - Key Bank NA, Cleveland, OH | C | Interest | | | Redeemed | 09/24/10 | L | | proceeds purchased bond |
| 13. | --CD - Key Bank NA, Cleveland, OH | D | Interest | | | Redeemed | 10/08/10 | M | | proceeds purchased bond |
| 14. | --CD - Summit County Bank, Moorefield, WV | C | Interest | | | Redeemed | 11/12/10 | L | | proceeds purchased bond |
| 15. | --CD - Morgan Stanley Bank, Salt Lake City, UT | B | Interest | K | T | | | | | |
| 16. | --CD - Investors Community Bank, Manitowoc, WI | B | Interest | | | Redeemed | 11/24/10 | K | | proceeds purchased bond |
| 17. | --CD - 1st Advantage Bank, St. Peters, MO | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --CD - Bank of America, Charlotte, NC | A | Interest | | | Redeemed | 10/08/10 | K | | proceeds purchased bond |
| 19. --CD - Freedom Bank, Columbia Falls, MT | A | Interest | K | T | | | | | |
| 20. --CD - Gulf Coast Bank & Trust, New Orleans, LA | B | Interest | K | T | | | | | |
| 21. --CD - American Premier Bank, Arcadia, CA | B | Interest | | | Redeemed | 06/18/10 | L | | proceeds purchased bond |
| 22. --CD - First State Bank, Buxton, ND | B | Interest | L | T | | | | | |
| 23. --CD - Mason State Bank, Mason, MI | C | Interest | L | T | | | | | |
| 24. --CD - Morton Community Bank, Morton, IL | C | Interest | L | T | | | | | |
| 25. --CD - Citizens State Bank, Clayton, WI | B | Interest | K | T | | | | | |
| 26. --CD - National Republic Bank, Chicago, IL | B | Interest | L | T | | | | | |
| 27. --CD - Bank of North Carolina, Thomasville, NC | B | Interest | K | T | | | | | |
| 28. --CD - Provincial Financial Bank, Clayton, MO | B | Interest | K | T | | | | | |
| 29. --CD - National Republic Bank, Chicago, IL | A | Interest | J | T | Buy | 01/25/10 | J | | see part VIII |
| 30. --CD - Roundbank, Waseca, MN | C | Interest | M | T | Buy | 04/19/10 | M | | see part VIII |
| 31. --Bond - Eagle Mountain-Saginaw TX School District | B | Interest | L | T | Buy | 04/27/10 | L | | see part VIII |
| 32. --Bond - Travis Co. TX | B | Interest | L | T | Buy | 05/04/10 | L | | see part VIII |
| 33. --Bond - Pflugerville TX ISD Building PSF | B | Interest | K | T | Buy | 05/06/10 | K | | see part VIII |
| 34. --Bond - Duncanville TX ISD | B | Interest | L | T | Buy | 05/13/10 | L | | see part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --Bond - Barbers Hill TX ISD | B | Interest | K | T | Buy | 05/20/10 | K | | see part VIII |
| 36. --Bond - Ft. Worth TX CTF oblig. | B | Interest | L | T | Buy | 06/24/10 | L | | see part VIII |
| 37. --Bond - NW Harris County Municipal Utility District | C | Interest | L | T | Buy | 10/28/10 | L | | see part VIII |
| 38. --Bond - Ft. Bend County Municipal Utility District | C | Interest | L | T | Buy | 10/26/10 | L | | see part VIII |
| 39. --Bond - Donna TX ISD School Building PSF | B | Interest | L | T | Buy | 10/18/10 | L | | see part VIII |
| 40. --Bond - Pharr San Juan Alamo TX ISD | B | Interest | L | T | Buy | 10/18/10 | L | | see part VIII |
| 41. --Bond - Dallas TX ISD Building Fund | B | Interest | K | T | Buy | 11/22/10 | K | | see part VIII |
| 42. --Bond - Univsersity of TX Revs. Fin. Sys. | C | Interest | M | T | Buy | 11/24/10 | M | | see part VIII |
| 43. Wells Fargo Retirement Brokerage Account: | | | | | | | | | |
| 44. --CD - Bank of Commerce, Wood Dale, IL | B | Interest | | | Redeemed | 05/05/10 | N | | Proceeds purchased IRA CD |
| 45. --CD - Bank of North Carolina, Thomasville, NC | B | Interest | M | T | | | | | |
| 46. --CD - Discover Bank, Greenwood, DE | B | Interest | M | T | | | | | |
| 47. --CD - First Bank Highland Park, Highland Park, IL | B | Interest | M | T | | | | | |
| 48. --CD - Luana Savings Bank., Luana, IA | B | Interest | M | T | Buy | 01/05/10 | M | | see part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cummings, Samuel R. | 04/20/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, p. 5, line 29.  Sam R. Cummings  tenants in common
Part VII, p. 5, line 30.  Sam R. Cummings tenants in common
Part VII, p. 5, line 31.  Sam R. Cummings tenants in common
Part VII, p. 5, line 32.  Sam R. Cummings tenants in common
Part VII, p. 5, line 33.  Sam R. Cummings tenants in common
Part VII, p. 5, line 34.  Sam R. Cummings tenants in common
Part VII, p. 6, line 35.  Sam R. Cummings tenants in common
Part VII, p. 6, line 36.  Sam R. Cummings tenants in common
Part VII, p. 6, line 37.  Sam R. Cummings tenants in common
Part VII, p. 6, line 38.  Sam R. Cummings tenants in common
Part VII, p. 6, line 39.  Sam R. Cummings tenants in common
Part VII, p. 6, line 40.  Sam R. Cummings tenants in common
Part VII, p. 6, line 41.  Sam R. Cummings tenants in common
Part VII, p. 6, line 42.  Sam R. Cummings tenants in common
Part VII, p. 6, line 48.  Wells Fargo Bank IRA C/F Sam R. Cummings

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel R. Cummings**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544